Macco & Stern, LLP
135 Pinelawn Road, Suite 1230 South
Melville, New York 11747
(631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x    *Return Date:* 7/14/14 @ 9:30 am
In re                                                       Chapter 7

Laurie R. Montalto                                          14-71323-reg

       Debtor.            **AFFIDAVIT IN OPPOSITION**

-------------------------------------------------------x
STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

  MICHAEL J. MACCO, being duly sworn, deposes and says:

  1. I am the attorney for the debtor, Laurie R. Montalto, and as such am fully and completely familiar with the facts and circumstances involved herein.

  2. I submit this Affidavit in opposition to the motion filed by the United States Trustee's Office seeking dismissal of this Chapter 7 pursuant to Section 11 U.S.C. 707(b)(1), (2) and (3).

  3. The United States Trustee's Office claims that the reason that the presumption arises and the case should be dismissed is several fold and are detailed in paragraphs 37(b), (c), (d), (e), (f), (g), (h) and (i) of the United States Trustee's Motion.

  4. Debtor has filed an amended means test in partial conformance of the U.S. Trustee's objection and has fully resolved the objections for income taxes (paragraph 37(d)), the third automobile (paragraph 37(b)), the health care (paragraph 37(f)) and the charitable contribution (paragraph 37(h)). The Amended Means Test still indicates that the Debtor is eligible for a Chapter 7 discharge. The Debtor's Schedule I and J also indicate the Debtor is entitled to a Chapter 7 discharge.

5. The first objection that the United States Trustee has is that in the marital adjustment debtor took separate expenses for the non-filing spouse's car payment and $342 credit card payments and $102.62 for a loan repayment. At the time of the filing of the bankruptcy petition, the debtor's spouse was responsible for these expenses, including a car that the lease expired in June of 2014. The debtor was smart enough to lease a new vehicle prior to filing, but the expense for the car that was being returned was still an expense until the lease expired. That car that was being returned was an actual expense to the debtor and paid post filing. Furthermore, the actual expense on the date of filing was the $468.48. Since the United States Trustee is now contending a looking-forward approach, the third automobile is being removed from the amended means test but there is an increase in child care effective September 1, 2014 being included. Furthermore, the U.S. Trustee objects to the debtor's non-filing spouse taking credit card payments of $342 stating that the charges set forth in the non-filing spouse's credit cards were for household expenses. This is simply not true. The charges in the non-filing spouse's credit cards were for extraordinary expenses, including Termix, household repairs, car repairs, fence repairs and a cesspool repair. These were all unexpected expenses and the Debtor's spouse needs to pay the credit cards on which these expenses were charged. Annexed hereto as Exhibit "A" are copies of receipts for those repairs. Lastly, the non-filing spouse has a 401(K) loan which he is required to repay and is not discharged by his wife's bankruptcy. It defies explanation why the debtor's non-filing spouse cannot take a deduction for a 401(K) loan as a marital deduction that the non-filing spouse is liable. In addition, the non-filing spouse is also entitled to an additional expense on the marital

adjustment of $447 for unreimbursed business expenses, which is consistent with the debtor's 2013 tax returns.

6. As to line 37(c), the U.S. Trustee states that the debtor is not entitled to two transportation, ownership and lease expenses since she only owns one vehicle. However, this is contrary to the complete intent of the means test. The means test sole purpose is to capture all the household income and expenses. All of the debtor's non-filing spouse's income is listed in the means test and the household paid for three cars on the date of filing and is certainly entitled to two transportation, ownership and lease expenses set forth in line 23 and 24 of the means test. This is the only section of the means test that the U.S. Trustee is stating that the non-filing spouse can't take an additional expense for, since everything else in the means test is for a family of three.

7. As for paragraph 37(d) regarding the debtor's income tax obligation, the debtor agrees that the proper deduction in line 30 is the $2,858 set forth in the motion. Annexed hereto is an amended means test with the tax corrections and other corrections set forth.

8. As to paragraph 37(e) regarding the debtor's child care expense of $570, the debtor was paying her mother-in-law $100 a week to care for their child in cash and $170 a month for school. Unfortunately, the debtor's mother-in-law is overwhelmed and starting in September the debtor's child is going into pre-school at an expense of $816 a month. Since the U.S. Trustee's office is taking a forward-looking approach, this $816 is a proper expense going forward.

9. As to paragraph 37(f), the debtor agrees that the health care expense set forth in line 31 should be removed since at the present time the debtor is unable to document additional expense on reimbursed expenses over the $180 allowed by the IRS standard.

10. As to paragraph 37(g) regarding the telecommunications expense taking of $100, the debtor's non-filing spouse is in sales and has to be in constant communication with both his office and his clients. Furthermore, since the debtor is employed and has a minor children, the debtor's spouse needs to keep in communication with the childcare provider at all times. The $100 deduction is not close to the actual expenditures of this house.

11. Lastly, the debtor and her spouse were not current on their mortgage on the date of filing and the amended means test has a line 43 deduction to reflect the mortgage arrears.

WHEREFORE, it is respectfully requested that the motion to dismiss be denied.

Dated: Melville, New York
       June 26, 2014

Yours, etc.

_____
Michael J. Macco
Macco & Stern, LLP
Attorneys for Debtor
135 Pinelawn Road, Suite 120 South
Melville, New York  11747
(631)549-7900

STATE OF NEW YORK)
COUNTY OF SUFFOLK)ss:-

Carol Smith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at West Islip, New York.

On June 30, 2014 deponent served the within:

AFFIDAVIT IN OPPOSITION TO MOTION TO DISMISS

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Office U.S. Trustee*
*Long Island Federal Courthouse*
*560 Federal Plaza, Room 560*
*Central Islip, NY 11722*

*Kenneth P. Silvereman, Esq.*
*Silverman Acampora LLP*
*100 Jericho Quadrangle, Suite 300*
*Jericho, New York 11753*

/s/ Carol Smith
Carol Smith

Sworn to before me this
30th day of June, 2014

/s/ Jeanette Hodgins
Notary Public
*Jeanette Hodgins*
*Notary Public, State of New York*
*No. 01HO6071591*
*Qualified in Suffolk County*
*Commission Expires March 18, 2015*

# EXHIBIT A



**TERMINIX**
Power over pests:
7534 0100 NO RP 26 05262014 NYYYNYNN 0009749 S1 T39

9749 1 AT 0.403

MONTALO, BRIAN
1967 LOUIS KOSSUTH AVE
RONKONKOMA NY 11779-6422

**STATEMENT OF ACCOUNT**

My Customer Number: 9732274

Please Pay By: 06/09/2014
Total Due: $413.24

PAY ONLINE
Customer.Terminix.com

PAY BY PHONE
1.800.TERMINIX

QUESTIONS
• Local Office: 631.345.6910
• Toll Free: 1.800.TERMINIX
• Online: Terminix.com

## Your Terminix® Billing Statement

Paying your bill is easy, especially online. Just click "Log in" at Terminix.com and sign up with your **Customer Number: 9732274** and phone number to start paying bills online.

| SERVICE DATE | DESCRIPTION OF SERVICES & SERVICE ADDRESS | INVOICE NUMBER | CHARGES | PAYMENTS / CREDITS | NET AMOUNT |
|---|---|---|---|---|---|
| 05/24/2014 05/23/2014 | Terminix Bait System Sentricon Payment Applied: Reg Financing Location: 1967 LOUIS KOSSUTH AVE, RONKONKOMA NY 11779 | 335278857 SM-FIN-20140523 | $2,043.24 | $1,630.00- | $413.24 |

**Due Date: 06/09/2014**                                **Total Due: $413.24**

This statement reflects payments received by 05/26/14. If you have not paid your previous balance, please mail your payment today.
Business License: 09015

*Please tear along line to remit.*

**Payment Options:**
• EasyPay automated payments (sign up at Terminix.com)
• Pay online at My Account at Terminix.com
• Pay by phone at 1.800.TERMINIX
• Pay by enclosed check
• Credit card payment. Please fill out the following:

Circle One: DISCOVER   VISA   MasterCard   American Express   SEARS
(___-___-___-___)   Exp date: ___/___
Name (as it appears on credit card): _____
Authorized Signature: _____
Amount Due: **$413.24**
Amount Paid: _____

Sign up for EasyPay automated payments at Terminix.com

Sales Agreement: 14019236
Customer Number: 9732274

MONTALO, BRIAN
1967 LOUIS KOSSUTH AVE
RONKONKOMA NY 11779

**REMIT TO:**
TERMINIX PROCESSING CENTER
P.O. BOX 742592
CINCINNATI OH 45274-2592

3 00000000 11 000097322748 000000000014019236 000413240004l324 9

# WINDOWRama®

499 WEST SUNRISE HWY
PATCHOGUE, NY 11772
631-289-7667

PAGE.. 1

**SALES ORDER**

ORDER NO: 115548-00
ORDER DATE: 6/14/14
PRINTED: 6/14/14
14:43:11

| Salesperson | Fax | Delivery Type | Terms | Acct # |
|---|---|---|---|---|
| GARY HERRMANN | 631-289-4602 | Direct to Store | COD | 899467 |

**Sold To**
MONTALTO
1967 LOUIS KOSSUTH AVE
RONKONKOMA, NY 11779
PHONE- 516-779-7000

**Ship To**
PATCHOGUE
499 WEST SUNRISE HWY
PATCHOGUE, NY 11772
PHONE- 516-779-7000
CUST PO#-

CROSS STREET

| Qty | Product ID | Description | Swings/Loc | Unit Price | Extended |
|---|---|---|---|---|---|
| 1 * | FIRE-DOOR | FIRE DOOR<br>NO CANCELLATION/RETURN/REFUNDS | | 419.00 | 419.00 |
| | | *** Type of Door?         Fire Door | | | |
| | | *** Style                 SE1005HD | | | |
| | | *** Single Swing Fire Rated  Single Swing | | | |
| | | *** size                  2/8 | | | |
| | | *** What height           6/8 | | | |
| | | *** Frame size            4 1/2 - 5 1/2 ** | | | |
| | | *** Hinge Type            Self Closing Hinges | | | |
| | | *** Bore type             Dbl Bore 2 3/8 *** | | | |
| | | *** Ask Customer about Locks  NO | | | |
| | | *** Removeable grill      No-Removable grilles | | | |
| | | *** Inswing ******        Yes Inswing  **** | | | |
| | | *** Pulling door          Knob right ****** | | | |
| | | *** Installed Opt?        No | | | |
| | | *** Rough Opening         X | | | |
| | | *** Special Instr.        X | | | |
| | | *** Special instr.        X | | | |
| | | *** Special instr.        X | | | |
| | | *** Special instr.        X | | | |

```
            HINGE-->  |   |
                      | x | <--KNOB
                      |___|        VIEWED FROM INSIDE

            DOOR WILL SWING TOWARD YOU
```

(Continued on Next Page)

* = This is Custom Merchandise

```
1881 SUNRISE HWY, BAYSHORE NY 11706
STORE MGR ROCKY RYAN   (631)666-3800

1211 00056  76937    04/02/14  10:38 AM
CASHIER SELF CHECK OUT - SCOT56

845779006163 36X80 PREHNG <A,U>   519.00
  36X80 RH LAK PAT C-ARCH MAH FG PH BM
098945070318 CEDAR SHIMS <A>        3.98
  PROFESSIONAL BUILDER SHIM PK
043156171200 DEADBOLT <A>          35.84
  SCHLAGE DEADBOLT SGL CYL ABZ
043156171514 ADD/ACC 619 <A>      139.00
  SCHLAGE ADD X ACC HANDLESET SN
034778219685 STORM DOOR <A>       287.00
  36" 4000 FULLVIEW NICKEL HDW WHITE

                    SUBTOTAL       984.82
                    SALES TAX       84.94
                    TOTAL       $1,069.76
XXXXXXXXXXXX8352 DEBIT           1,069.76
AUTH CODE 761411


<U> - NON-DISCOUNTABLE ITEM


         ||||||||||||||||||||||||

         1211 56 76937 04/02/2014 7741

       RETURN POLICY DEFINITIONS
  POLICY ID    DAYS    POLICY EXPIRES ON
  A    1        90           07/01/2014
   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
     RETURN POLICY SIGN IN STORES FOR
                 DETAILS.

       BUY ONLINE PICK-UP IN STORE
     AVAILABLE NOW ON HOMEDEPOT.COM.
      CONVENIENT, EASY AND MOST ORDERS
         READY IN LESS THAN 2 HOURS!
   ***********************************
       ENTER FOR A CHANCE
         TO WIN A $5,000
        HOME DEPOT GIFT
             CARD!

    Share Your Opinion With Us! Complete
    the brief survey about your store visit
       and enter for a chance to win at:

            www.homedepot.com/opinion

       COMPARTA SU OPINION EN UNA BREVE
     ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

                User ID:
           2PX2 155374 154219

                Password:
              14202 154163

    Entries must be entered by 05/02/2014.
    Entrants must be 18 or older to enter.
      See complete rules on website. No
            purchase necessary.
```



handwritten: two days. peat 5times



551228988

```
SALES DRAFT
BABYLON HONDA
650 MONTAUK HWY
WEST BABYLON, NY 11704
TERMINAL 4981598

284200447993
03/03/2014    12:00:00

VISA
    XXXXXXXXXXXX6352
AUTH. TRANS. ID. 464062616654216SSK5E 90
INVOICE     179401 H@2
AUTH. CODE  060712

SALE TOTAL          $739.29

    CUSTOMER COPY
```

Issued By:
Allstate Fire and Casualty Insurance Company
Long Island Auto MCO
KENNETH BUSCH

| | |
|---|---|
| Check: | 551228988 |
| Issued Date: | 3/3/2014 |
| Amount: | 2,480.37 |

AVE,
779-6422 US
ehensive -Full Glass Coverage for Date of Loss 2/21/2014.

| Transaction Reason | Billed Amount | Amount To Pay |
|---|---|---|
| ass Coverage Vandal & Malice Mischief | | 2,480.37 USD |

C7118-FCP

| | | | |
|---|---|---|---|
| Power Mirrors | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Traction Control |
| Power Driver Seat | Telescopic Wheel | 4 Wheel Disc Brakes | Stability Control |
| **DECOR** | Climate Control | Front Side Impact Air Bags | Rear Spoiler |
| Dual Mirrors | Backup Camera w/Parking Sensors | Head/Curtain Air Bags | Power Trunk/Gate Release |
| Console/Storage | **RADIO** | Hands Free Device | |
| **CONVENIENCE** | AM Radio | **SEATS** | |
| Air Conditioning | FM Radio | Cloth Seats | |

3/3/2014 9:31:42 AM       110245       Page 1

  

**Babylon Honda**
650 Montauk Highway, W. Babylon, NY 11704 • Service: 631-669-3110 • Parts: 631-669-5800

CELL: 516-779-700

| CUSTOMER NO. | ADVISOR | TAG NO | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 186957 | REED C | 60  9999 | 03/03/14 | HOCS179401 |

| LABOR RATE | LICENSE NO | MILEAGE | COLOR | STOCK NO |
|---|---|---|---|---|
| 110.00 | GGN4402 | 10,584 | ALBSTR SILV | 13HA1588 |

BRIAN V MONTALTO
1967 LOUIS KOSSUTH AVE
RONKONKOMA, NY 11779-6422

| YEAR / MAKE / MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 13/HONDA/ACCORD SEDAN/4DR SDN I4 SPT | 06/07/13 | 3 |

| VEHICLE I D NO | SELLING DEALER NO | PRODUCTION DATE |
|---|---|---|
| 1HGCR2F50DA181300 | | |

BMONTALTO@OPENTABLE.COM

| F.T.E. NO. | P O NO | R O DATE |
|---|---|---|
| | | 03/03/14 |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | MO: 10584 |
|---|---|---|---|
| 631-588-0390 | | | |

TOTALS

MY SERVICE ADVISOR HAS ADEQUATELY EXPLAINED THE WORK THAT
WAS PERFORMED ON MY VEHICLE AND THE COST, IF ANY, ASSOCIATED
WITH THESE REPAIRS OR MAINTENANCE AS AUTHORIZED
**SPECIAL ORDERED ELECTRICAL AND TRIM PARTS ARE FINAL SALE**
METHODS OF PAYMENT: CASH, VISA, M/CARD, AMEX, DISCOVER &
AUTHORIZED CHECK WITH PROPER IDENTIFICATION

SATURDAY PARTS AND SERVICE HOURS    7:30AM-3:30PM

PARKING LOT LOCATION (OUT):

CUSTOMER'S PREFERRED FOLLOWUP CONTACT PHONE:  CONTACT TIME:
  PRIMARY#                                      : AM : PM
  SECONDARY#

CUSTOMER SIGNATURE

| | |
|---|---|
| TOTAL LABOR.... | 56.40 |
| TOTAL PARTS.... | 2898.40 |
| TOTAL SUBLET... | 0.00 |
| TOTAL G.O.G.... | 0.00 |
| TOTAL MISC CHG. | 10.00 |
| TOTAL MISC DISC | 0.00 |
| TOTAL TAX...... | 254.86 |
| **TOTAL INVOICE $** | **3219.66** |

LIMITED EXPRESS WARRANTY
LABOR AND PARTS ARE WARRANTED FOR 90 DAYS OR 4,000 MILES WHICHEVER OCCURS FIRST. THE DEALER HEREBY LIMITS ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS TO THE SAME PERIOD.

PLEASE CALL FOR FUTURE APPOINTMENTS BETWEEN 9:00 A.M. AND 4:00 P.M. MONDAY THRU FRIDAY AT (631) 669-3110. ALL CARS ARE TO BE PICKED UP DURING BUSINESS HOURS BETWEEN 7:00 A.M. AND 7:00 P.M. MONDAY THRU FRIDAY.

ALL WORK C.O.D.

CUSTOMER ACKNOWLEDGES RECEIPT OF A COPY HEREOF

X

NYS-MV R/S REG. NO. R 152 0009

Visa 739.29

allstate 2480.37

# P.V.C. FENCE, INC.

Custom Wood
Chain Link
Stockade

**Main Office**
1801 Lakeland Avenue
Ronkonkoma, NY 11779
Tel. (631) 588-4400
Fax (631) 588-4594

5/3

CUSTOMER MUST BE HOME AT THE TIME OF INSTALLATION AND PROVIDE SURVEY.

APPROX. COMPLETION DATE _____

Date _5/3/14_

Phone # _516 779 7000_

Work # _____

Mata 40
Louis Kossuth

ALUMINUM _____ COLOR _____
CHAIN LINK ☐ VINYL COLOR _____ ☐ GALV.
FRAMEWORK ☐ VINYL COLOR _____ ☐ GALV.
TOTAL FOOTAGE _____ HEIGHT _____
TERMINALS _____ TOPRAIL _____
LINEPOST _____ O.C. _____
WALKGATE _____ SELFCLOSE _____
DRIVEGATE _____
SLATS ☐ ALUM COLOR _____ ☐ PVT COLOR _____
☐ PERMAHEDGE
COILWIRE _____ BOTTOM RAIL _____
TAKEDOWN _____

____ VC ____ COLOR ____

GATE STYLE _____
TAPER _____
SCALLOP _____ CAPS _____
POSTS _____
☐ RACKED ☐ STEPPED
GAPS MAY EXIST UNDER FENCE.

```
PVC FENCE OF
LONG ISLAND INC
1801 LAKELAND AVE
RONKONKOMA, NY 11779
631-588-4400

    C O P Y
05/03/2013   09:56:19
Sale:         1
Transaction #
Card Type:        Visa
             **********4441
Acc. Date:      Swiped
Exp. Date:        100
Entry:
Invoice #
Amount        2000.00

References No.:  00018061
Auth Code:        053363A
Response:    CAPTURE 053363A

         CUSTOMER COPY
```

# Payle$$ Cesspool, Sewer & Drain
## (631) 744-0907 • 1-800-660-6612
### 24 Hours

CESSPOOLS CLEANED
Pumped or Chemical

CESSPOOLS BUILT
Block - Precast

SEWER LINES
Electrically Cleaned

**PROFESSIONAL ADVICE WITH PROFESSIONAL RESULTS**

M __Montalto__

__1964 (w/s Kossuth Ave__
__Ronkonkoma__

P.O. Box 5250
Rocky Point, NY 11778

PHONE __516-779-__  SERVICEMAN __BW__  DATE __9/20/13__
WORK DONE __1000__

**CLEANED SEWER LINE STOPPAGE**
[ ] Pipe Connecting Cesspools  [ ] Kitchen Sink  [ ] Main Line  [ ] Bathroom Sink
[ ] Bath Tub  [ ] Toilet Bowl  [ ] Other:

☑ PUMPED CESSPOOL (No Guarantee Available) __1 Kim Septic__  __300__
☑ DIGGING FEE  __2 ft__  __70__
  CHEMICAL CLEANING CESSPOOL
  SERVICE CHARGE
  TRAP CAPS [ ] 3½"  [ ] 4"  [ ] 5"
  COMMENTS: __Cst. did NOT want__
__to do overflow__

| | |
|---|---|
| SUB TOTAL | 370 |
| TAX | 31 9? |
| TOTAL | 401 ? |
| DATE PAID | 9/20/13 |
| CHECK NO. | 4077 |
| AMT. REC'D | |

Purchaser shall provide access to job site. It shall be the obligation of the Purchaser to inform the Service Company of any above or below ground or hidden perils. The Seller shall not be responsible for damage above or below ground to property or hidden perils. Signer assumes liability representatively and personally for payment of contract amount.

☐ CASH  ☐ M/C  ☐ VISA  ☐ LEFT BILL
☐ AMEX  ☐ DISCOVER

**GENERATOR SIGNED STATEMENT**

I, _____ hereby affirm that I am the owner, or user, of the Individual Sewage Disposal Facility (septic tank/leaching facilities) located at the address of the Invoice and: (1). That the facilities to be pumped contain only sanitary sewage; (2). That I have not been notified by the Suffolk County Department of Health or the Nassau County Department of Health to have this system pumped by a licensed industrial hauler. That neither I nor any person in my family illegally dumped, and that I make this Statement knowing that the waste will be disposed of at a Municipal Septage Treatment Facility and that in the event that any chemical solvent waste or industrial waste of any kind have been added, legal action may be undertaken by the appropriate regulatory agency against any or all parties involved.

"I, hereby affirm under penalty of perjury that information provided on this form is true to the best of my knowledge and belief. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law."

Customer's Signature    __9/20/13__ /Date